UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD JEFFREY ENSWORTH, | NO. SACV 07-1372-SVW(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: September 18, 2008

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE